1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4
   LOWELL C. POWELL (CABN 235446)
5  Special Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone:  (415) 436-7368
     Facsimile:  (415) 436-7234
8    Email: lowell.powell2@usdoj.gov

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,       )   NO. CR 10-0647
15                                 )
              Plaintiff,           )
16                                 )
        v.                         )   **STIPULATION AND [PROPOSED]**
17                                 )   **ORDER EXCLUDING TIME UNDER 18**
   CARLOS ALBERTO ORANTES          )   **U.S.C. § 3161**
18 HERNANDEZ,                      )
        a/k/a Carlos Hernandez Orantes, )
19      a/k/a Javier Hernandez Balbuena, )
        a/k/a Javier Balbuena,     )
20      a/k/a Javier Babualena,    )
                                   )
21            Defendant.           )
                                   )
22 ─────────────────────────────────

23         On September 7, 2010, the parties in this case appeared before the Court. At that time, the

24 Court set the matter to September 24, 2010 before the Honorable Susan Illston. The case has

25 been related to CR 08-00092 MHP and set to September 20, 2010, before the Honorable Marilyn

26 H. Patel. The parties have agreed to exclude the period of time between September 7, 2010 and

27 September 20, 2010, from any time limits applicable under 18 U.S.C. § 3161. The parties have

28 represented that granting the exclusion would allow the reasonable time necessary for effective

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0647                                                                                    1

1  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends
2  of justice served by granting such an exclusion of time outweigh the best interests of the public
3  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made
4  findings consistent with this agreement.

8  SO STIPULATED:

          MELINDA HAAG
          United States Attorney

12  DATED: September 1, 2010          /s/
          LOWELL C. POWELL
          Special Assistant United States Attorney

15  DATED: September 16, 2010          /s/
          RONALD TYLER
          Attorney for CARLOS ORANTES HERNANDEZ

## [PROPOSED] ORDER

For the reasons stated above and at the September 7, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 7, 2010 through September 20, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 16 Sept 16

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0647