1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4

5  LOWELL C. POWELL  (CABN 235446)
Special Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
7    Telephone:     (415) 436-7368
Facsimile:      (415) 436-7234
8    Email: lowell.powell2@usdoj.gov

9  Attorneys for Plaintiff

10

11               UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 10-0647 |
| Plaintiff, |  |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| CARLOS ALBERTO ORANTES HERNANDEZ, |  |
| a/k/a Carlos Hernandez Orantes, |  |
| a/k/a Javier Hernandez Balbuena, |  |
| a/k/a Javier Balbuena, |  |
| a/k/a Javier Babualena, |  |
| Defendant. |  |

15
16
17
18
19
20
21
22

23     On October 4, 2010, the parties in this case appeared before the Court.  At that time, the

24  Court continued the matter to November 1, 2010.  The parties have agreed to exclude the period

25  of time between October 4, 2010 and November 1, 2010, from any time limits applicable under

26  18 U.S.C. § 3161.  The parties represented that granting the exclusion would allow the

27  reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. §

28  3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0647                                                                                               1

1   exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18

2   U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

3

4   SO STIPULATED:

5
                                            MELINDA HAAG
6                                           United States Attorney

7

8   DATED: October 4, 2010                  _____/s/_____
                                            LOWELL C. POWELL
9                                           Special Assistant United States Attorney

10

11  DATED: October 4, 2010                  _____/s/_____
                                            RONALD TYLER
12                                          Attorney for CARLOS ORANTES HERNANDEZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0647                                                                              2

1

2    [PROPOSED] ORDER

3         For the reasons stated above and at the October 4, 2010 hearing, the Court finds that the

4    exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 4,

5    2010 and November 1, 2010, is warranted and that the ends of justice served by the continuance

6    outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

7    §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the

8    reasonable time necessary for effective preparation, taking into account the exercise of due

9    diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10

11

12        IT IS SO ORDERED.

13

14   DATED:__10/6/2010_____

15

16

17

18

19

20

21

22

23

24

25

26

27

28



THE H_____PATEL
United_____
Judge Marilyn H. Patel

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0647                                                                                    3