BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0647 MHP |
| ) | CR 08-0092 MHP |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING SENTENCING** |
| v. ) | **HEARING** |
| ) | |
| CARLOS ORANTES HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate and jointly request that the hearing presently set for January 24, 2011 be continued until February 7, 2011 at 10:00 a.m. The purpose of the continuance is to allow the defense to complete presentence preparations. Defense counsel has been informed by United States Probation Officer Charles Dickens that he is available on the proposed date.

IT IS SO STIPULATED.


Dated:     January 20, 2011              _____/s/_____
                                         RONALD TYLER
                                         Assistant Federal Public Defender

1  Dated:   January 20, 2011                    _____/s/_____
2                                                LOWELL POWELL
                                                 Assistant United States Attorney

5                                   [PROPOSED] ORDER

6      GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

7  aforementioned matter is continued until February 7, 2011 at 10:00 a.m.

9  **IT IS SO ORDERED.**

12  Dated:___1/21/2011_____        _____
13                                           THE HONORABLE MARILYN H. PATEL
                                             UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation and [Proposed] Order Continuing
Hearing; *U.S. v. Orantes Hernandez;*
CR 10-0647 MHP                           2